909 A.2d 722

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TYREE PORTER, DEFENDANT–PETITIONER.

October 12, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

909 A.2d 722

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. YUSEF GRESHAM, A/K/A YASIN GRESHAM, YAKEEM GRENSHAW, DEFENDANT–PETITIONER.

October 19, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

909 A.2d 723

LIBERTARIAN PARTY OF CENTRAL NEW JERSEY AND JOHN T. PAFF, PLAINTIFFS–PETITIONERS, v. REINA A. MURPHY, DEFENDANT–RESPONDENT.

October 20, 2006.

ORDERED that the petition for certification is granted, limited to the order on counsel fees, and the matter is summarily remand-